

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-23-00126-CV

**IN THE INTEREST OF O.J.C.** and C.C., Children

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2022PA00207
Honorable Kimberly Burley, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, we AFFIRM the trial court's order terminating C.M.C.'s parental rights. Because C.M.C. is indigent, no costs of this appeal are assessed against her.

SIGNED August 9, 2023.

_____
Luz Elena D. Chapa, Justice